IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELVERT JACKSON McCORMICK                                                   PLAINTIFF

v.                  Civil No. 05-2038

CLARKSVILLE POLICE DEPARTMENT, et al.                      DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Elvert Jackson McCormick filed this pro se civil rights action under 42 U.S.C. § 1983 on March 9, 2005. On the same day, the court entered an order (Doc. 2) directing plaintiff to complete an in forma pauperis (IFP) application within thirty (30) days or pay the $250 filing fee. To date, McCormick has not responded to the order by returning the completed and signed IFP application, paid the filing fee, or communicated with the court. The order to submit a completed IFP application was returned to the court as undeliverable, however despite the court's diligent efforts, no later address for plaintiff has been found.

I therefore recommend that McCormick's claims be dismissed on the grounds that he has failed to prosecute this action. *See* Fed. R. Civ. P. 41(b). **McCormick has ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. McCormick is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 20th day of September 2005.

                                                                        **/s/ Beverly Stites Jones**
                                                     _____
                                                     HON. BEVERLY STITES JONES
                                                     UNITED STATES MAGISTRATE JUDGE