IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELVERT JACKSON McCORMICK                        PLAINTIFF

v.                    No. 05-2038

CLARKSVILLE POLICE DEPT., et al.                DEFENDANTS

### ORDER

Now on this 11th day of October 2005, comes on for consideration the report and recommendation filed herein on September 20, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 3.) Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, plaintiff's claims are **DISMISSED** on the grounds that he has failed to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE